UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL ) <br> UNION NO, 177 HEALTH AND WELFARE ) <br> FUND and SHEET METAL WORKERS' LOCAL ) <br> UNION NO. 177 PENSION FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM JOSEPH EADS, JR., a/b/a ) <br> SOUTHERNSHEETMETALL, ) <br> ) <br> Defendant, ) | NO. 3:11-0564 <br> JUDGE HAYNES |

# O R D E R

Upon the Plaintiffs' notice of voluntary nonsuit (Docket Entry No. 6) and pursuant to Fed. R. Civ. P. 41(b), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 15th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge